BIDERMANN INDUSTRIES, U.S.A., ETC., ET AL. v. NORTH
RIVER INSURANCE COMPANY, ET AL.

June 3, 1986.

Petitions for certification denied.

CECILE READ v. BEST WORLD IMPORTS, INC., ETC., ET AL.

June 3, 1986.

Petition for certification denied.

CECILE READ v. BEST WORLD IMPORTS, INC., ETC., ET AL.

June 3, 1986.

Cross-petition for certification denied.

ARNOLD GRILL, ET AL. v. MICHAEL ITALIANO, ET AL.

STEPHEN PTAK v. MICHAEL ITALIANO, ET AL.

June 3, 1986.

Petition for certification denied.